UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBIE COCHRANE, <br><br> Defendant. | Civil Action No. 22-4208-KM-AME <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF DAVID W. SCHELBERG** |

This matter having come before the Court on the motion of Harris S. Freier, Esq. of Genova Burns LLC, attorneys for Plaintiff, for the pro hac vice admission of David W. Schelberg, Esq., pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the application, which reflect that Mr. Schelberg satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and Defendant having consented to the motion; and for good cause shown,

**IT IS** on this 3rd day of October 2022,

**ORDERED** that the motion for the pro hac vice admission of David W. Schelberg [ECF 12], is granted; and it is further

**ORDERED** that David W. Schelberg, a member in good standing of the Bar of the State of Michigan and the Bar of the State of Ohio, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that, in connection with this admission pro hac vice, Mr. Schelberg shall comply with the following:

1. Abide by Local Civil Rule 101.1(c) and all rules of this Court, including all disciplinary rules;

2. Notify the Court immediately of any matter affecting his standing at the bar of any court;

3. Be deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from his participation in this matter;

4. Make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent Plaintiff before this Court; and

5. Pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3), if he has not already done so in connection with this action; and it is further

**ORDERED** that movant Harris S. Freier, or another attorney associated with Genova Burns LLC who is admitted to practice law in this District, shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Mr. Schelberg; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Mr. Schelberg in this matter; and it is further

**ORDERED** that Mr. Schelberg may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

 /s/ <i>André M. Espinosa</i>     <br>
ANDRÉ M. ESPINOSA, U.S.M.J.