# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADP, INC., | : | |
| Plaintiff, | : | NO: 2:22-cv-04208-KM-AME |
| v. | : | |
| ABBIE COCHRANE, | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION TO ENLARGE SCHEDULING ORDER DEADLINES

This matter having been opened to the Court jointly by the parties for an order to extend the discovery period pursuant to Federal Rule of Civil Procedure 16(b)(4), and the parties having consented to an extension of discovery, and good cause having been shown;

**IT IS**, on this <u>2nd</u> day of October, 2023,

**ORDERED** that the parties' Joint Motion to Enlarge the Scheduling Order Deadlines dated September 26, 2023 [ECF 27] is hereby granted.

**ORDERED** that the Scheduling Order in this matter is amended as follows:

- Deadline for Fact Discovery and Depositions: **November 29, 2023**
- Affirmative Expert Reports: **December 29, 2023**
- Responsive Expert Reports: **February 9, 2023**
- End of Expert Discovery: **March 15, 2024**; and it is further

**ORDERED** that a copy of this Order shall be deemed served on all parties when it is uploaded onto ECF.

                                              */s/ André M. Espinosa*
                                            Hon. André M. Espinosa, U.S.M.J.

The Court will hold a telephonic status conference on **January 8, 2024, at 11:00 a.m.**, to be joined by dialing 866-434-5269, access code 1874589. At least three business days prior, the parties shall file a joint status letter, not to exceed three pages double-spaced.

The Clerk shall terminate the motion at ECF 27.